In the Matter of the Personal Estate of ELIZABETH R. WEST, Deceased.

(Argued November 28, 1888; decided December 18, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made April 20, 1886, which affirmed a decree of the surrogate of Oneida county revoking, as to Mary R. Jones, letters of administration issued to her and one Joseph E. West upon the goods, chattels and credits of Elizabeth R. West, deceased.

*D. C. Stoddard* for appellant.

*William Kernan* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

In the Matter of the Accounting of MARY R. JONES, as Administratrix, etc.

(Argued December 3, 1888; decided December 18, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made May 1, 1886, which affirmed so much of a decree of the surrogate of Oneida county settling the accounts of Mary R. Jones, as administratrix of the estate of Elizabeth R. West, deceased, as allowed her costs, expenses and counsel fees in proceedings to remove her as administratrix.

*William Kernan* for appellant.

*D. C. Stoddard* for respondent.

" Agree to dismiss appeal, with costs, on the ground that the allowance was discretionary ; " no opinion.
All concur.
Appeal dismissed.